**FILED**

DEC 3 0 2004

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

Answer to Civil Summon number – 1042281324 which was filed on me 11/12/04 all times 10-22 are true Item number 23 is denied request never received Item number 27 denied 28 denied 29 and 30, 31 – 32 are denied see attached copies of Birth Certificate, Drivers License, Electric Bill are all here to review.

*Fallon Sherlock*



# Certificate of Birth

**ATHENS**     **GEORGIA**

**CLARKE COUNTY**

## THIS IS TO CERTIFY

THAT THE BIRTH OF _Sue Ann Sherlock_

BORN TO _Tommie Joseph Sherlock_ AND _Nannie Carroll_
          FATHER                                       MAIDEN NAME OF MOTHER

DATE OF BIRTH _May 5, 1945_, PLACE OF BIRTH _St. Mary's Hospital_

HAS BEEN REGISTERED IN THIS OFFICE ACCORDING TO LAW, WHERE IT BECOMES A PERMANENT RECORD. THIS BIRTH CERTIFICATE, DULY ATTESTED BY THE LOCAL REGISTRAR, HAS ALSO BEEN FILED WITH THE STATE BUREAU OF VITAL STATISTICS, ATLANTA, GEORGIA.

REGISTERED _May 9, 1945_

NUMBER _312_

LOCAL REGISTRAR OF VITAL STATISTICS

THE PARENTS' OBLIGATION: **DIPHTHERIA IMMUNIZATION** AFTER SIX MONTHS OF AGE.

SOUTH CAROLINA
DEPARTMENT OF PUBLIC SAFETY
DRIVER'S LICENSE

DL#: 004551344
Expires: 05-05-2008

SHERLOCK, SUSANNE S
74 ST ANTHONY ST
NORTH AUGUSTA SC 298607812

Class: D   Hgt: 5-05   Wgt: 140
Sex: F     DOB: 05-05-1945
Issued: 05-29-2003   19048 R 4

Governor

Restrictions:  None





December 29, 2004


SUSAN SHERLOCK
PO BOX 7956
NORTH AUGUSTA SC  29861-7956



Re:  Account Number  5-1970-0136-3440
     Service Address   76 ST ANTHONY ST LOT 9A

Dear SUSAN SHERLOCK:

Thank you for giving us the opportunity to serve you and for your recent request concerning the payment history on the above referenced account. Our records show you have had service with SCE&G from 05/22/1981 to present. The following is a credit history of your account for the last 12 months of service.

| | | |
|---|---|---|
| 1. | Number of 30 Day Delinquent Bills | 7 |
| 2. | Number of Returned Checks | 0 |
| 3. | Number of Disconnections for Non-Payment | 1 |
| 4. | Final Bill Paid | $0 |

If you have any questions or need additional information, please call us at (803) 799-9000 or 1-800-251-7234. Our Customer Relations Specialists are available 24 hours a day, seven days a week to assist you.

We are committed to earning your business every day and look forward to doing so.

Remarks:

Sincerely,

*Lynn H. Wessinger*

Lynn Wessinger
Manager, Customer Information Center



EH15216

# LICENSE AND CERTIFICATE FOR MARRIAGE
## STATE OF SOUTH CAROLINA

**LICENSE NUMBER:** 0000025352
**COUNTY:** EDGEFIELD COUNTY

**GROOM—NAME** (FIRST) (MIDDLE) (LAST)
(1) PETE ANTHONY JUDE SHERLOCK
**BIRTHDATE (MONTH, DAY, YEAR):** (2a) 08/09/77
**AGE:** (2b) 19

**BIRTHPLACE (State or foreign country):** (3) GEORGIA
**RACE:** (4) CAUCASIAN
**RESIDENCE (Street and Number):** (5a) P.O. BOX 7056

**CITY, TOWN OR LOCATION:** (5b) NORTH AUGUSTA
**COUNTY:** (5c) AIKEN
**STATE:** (5d) SOUTH CAROLINA
**NO. OF THIS MARRIAGE (1st, 2nd, etc.):** (6) 1ST

**BRIDE—NAME** (FIRST) (MIDDLE) (LAST)
(7) FALLON STEPHANIE CARROLL
**BIRTHDATE (MONTH, DAY, YEAR):** (8a) 03/01/83
**AGE:** (8b) 14

**BIRTHPLACE (State or foreign country):** (9) GEORGIA
**RACE:** (10) CAUCASIAN
**RESIDENCE (Street and Number):** (11a) P.O. BOX 7956

**CITY, TOWN OR LOCATION:** (11b) NORTH AUGUSTA
**COUNTY:** (11c) EDGEFIELD
**STATE:** (11d) SOUTH CAROLINA
**NO. OF THIS MARRIAGE (1st, 2nd, etc.):** (12) 1ST

**MAIDEN NAME OF BRIDE (If Different From Above):** (13)

Application for a license was filed with this court at 4:45 P.M. on the 7TH day of APRIL, 19 97. These are, therefore, to authorize any person qualified to perform marriage ceremonies to perform the marriage ceremony for the persons above named, and for the so doing this shall be sufficient warrant. Given under my hand and seal at 4:45 P.M. this the 8TH day of APRIL, A.D. 19 97.

Signature of Issuing Officer: *Robert E. Peeler*
ROBERT E PEELER
JUDGE OF PROBATE
Title of Issuing Officer

**GROOM—Signature:** (14) *Pete Sherlock*
**BRIDE—Signature:** (15) *Fallon Carroll*

I certify that the above named persons were married on (16) April 10 1997 (MONTH) (DAY) (YEAR)

**Place of Marriage:** (17) St. Edward Catholic Church, North Augusta (CITY), Edgefield (COUNTY), SOUTH CAROLINA

**OFFICIANT—Signature:** (18a) *Peter Clarke*
**OFFICIANT—Title:** (18b) Rev. Peter Clarke, Pastor
**OFFICIANT—Mailing Address:** (18c) 1370 Edgefield Road, P. O. Box 6340, North Augusta, SC 29861

DHEC 681 REV. 12-87

**PROBATE JUDGE COPY**

# CERTIFICATE

THIS IS TO CERTIFY THAT I, E. GLENN WILLIS

did this day perform the marriage ceremony for the within named persons at AIKEN

South Carolina, this 31st. day

of OCTOBER, A. D[redacted] 196 0

(Signature of Party Performing Ceremony)

JUDGE OF PROBATE

(Official Capacity)

AIKEN, S. C.

(Address)

Signatures of Contracting Parties

No.

The State of South Carolina

COUNTY OF A I K E N

IN THE PROBATE COURT

## MARRIAGE LICENSE

TO

JOHN J. SHERLOCK

AND

SUSIE ANN SHERLOCK

NOTICE

The Law requires that two of these Licenses be returned by party performing the ceremony to E. GLENN WILLIS Probate Judge, within fifteen days, the other to be delivered to contracting parties.